**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**BRENDA RUSCIGNO,**

Plaintiff,

v.

**CITY OF REDDING, ET AL.,**

Defendant.

NO. **2:26−CV−02972−TLN−ICD**

**ORDER OF REASSIGNMENT**

The court, having considered the retirement of Magistrate Judge Dennis M. Cota, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

**IT IS THEREFORE ORDERED** that the above captioned case shall be and is hereby reassigned from **Magistrate Judge Dennis M. Cota** to **Magistrate Judge Ila C. Deiss** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is: **2:26−CV−02972−TLN−ICD**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED: September 11, 2026

Troy L. Nunley
Chief United States District Judge