LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

BRENDA RUSCIGNO,

Plaintiff,

vs.

CITY OF REDDING; MIKE DIMATTEO; BRETT LEONARD; and DOES 1-10, inclusive,

Defendants.

**Case No. 2:26-cv-02972-TLN-ICD**
*Honorable Troy L. Nunley*

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

**<u>TO THE HONORABLE COURT:</u>**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby submits this proof of service of the Complaint, Summons, and other documents on Defendant City of Redding. (attached hereto as Exhibit "A").

DATED: Oct. 29, 2026 LAW OFFICES OF DALE K. GALIPO

By /s/ *Dale K. Galipo*
Dale K. Galipo
Eric Valenzuela
Attorneys for Plaintiffs