# EXHIBIT A

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**Brenda Ruscigno,**

**vs.**

**City of Redding, et al.,**

**CASE NO: 2:26–CV–02972–TLN–DMC**

## SUMMONS IN A CIVIL CASE

TO: *(Defendant's Name and Address)*

**City of Redding, Mike Dimatteo, Brett Leonard**

**YOU ARE HEREBY SUMMONED.**

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff at the address below an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure and file the answer or motion with the Clerk of Court.

**Dale K. Galipo**
**Law Offices of Dale K. Galipo**
**21800 Burbank Blvd. Suite 310**
**Woodland Hills, CA 91367**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

**KEITH HOLLAND**
CLERK

**/s/ J. Watson**
(By) DEPUTY CLERK

**ISSUED ON 2026–09–03 13:54:44**
**CLERK, USDC EDCA**

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 10/21/2026 12:03 PM |
|---|---|
| NAME OF SERVER<br>Lacey Dungan<br>SHASTA #PS309 | TITLE<br>Registered California Process Server |

Check one box below to indicate appropriate method of service

- [ ] Served personally upon the defendant. Place where served: ______
- [ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:
- [x] Name of person with whom the summons and complaint were left: Kathlyn Edwards, City Clerk Assistant, authorized person to accept service of process on behalf of the City of Redding
- [ ] Return unexecuted:
- [x] Other (specify): In addition to the SUMMONS, the following document(s) were also served: COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; INITIAL PRETRIAL SCHEDULING ORDER; Magistrate Judge Consent in Civil Cases: Know Your Rights! INFORMATION SHEET; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271; ORDER OF REASSIGNMENT;

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL | $186.18 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:

Date 10/26/2026

Signature of Server

800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017

Address of Server

BRENDA RUSCIGNO vs CITY OF REDDING; et al.

Order#: 2654891/ACERECORDS