# EXHIBIT A

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**Brenda Ruscigno,**

**vs.**

**City of Redding, et al.,**

**CASE NO: 2:26−CV−02972−TLN−DMC**

**SUMMONS IN A CIVIL CASE**

TO: *(Defendant's Name and Address)*

**City of Redding, Mike Dimatteo, Brett Leonard**

**YOU ARE HEREBY SUMMONED.**

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff at the address below an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure and file the answer or motion with the Clerk of Court.

**Dale K. Galipo**
**Law Offices of Dale K. Galipo**
**21800 Burbank Blvd. Suite 310**
**Woodland Hills, CA 91367**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

**KEITH HOLLAND**
CLERK

**/s/ J. Watson**
(By) DEPUTY CLERK

**ISSUED ON 2026−09−03 13:54:44**
**CLERK, USDC EDCA**

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 10/26/2026 10:40 AM |
|---|---|
| NAME OF SERVER<br>Lacey Dungan<br>SHASTA #PS309 | TITLE<br>Registered California Process Server |

Check one box below to indicate appropriate method of service

- [ ] Served personally upon the defendant. Place where served: ______________________
- [ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:
- [x] Name of person with whom the summons and complaint were left: Christina Sims, Assistant City Clerk, authorized person to accept service of process, who is designated by law to accept service of process on behalf of (name of organization) Mike Dimatteo at 10:40 AM on 10/26/2026 at 777 cypress avenue redding ca 96001
- [ ] Return unexecuted:
- [x] Other (specify): In addition to the SUMMONS, the following document(s) were also served : SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; INITIAL PRETRIAL SCHEDULINGORDER; Magistrate Judge Consent in Civil Cases: Know Your Rights! Information Sheet; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; STIPULATION TO ELECT REFERRALOF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271; ORDER OF REASSIGNMENT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL | $186.18 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:
Date 10/30/2026

[signature]
Signature of Server

800 S. Figueroa Street, Suite 900
Los Angeles, CA 90017
Address of Server

BRENDA RUSCIGNO vs CITY OF REDDING; et al.

Order#: 2654893/ACERECORDS